IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-cr-0305-GEB |
| Plaintiff, | |
| v. | ORDER |
| EDWIN ROY, | |
| Defendant. | |

The United States is requested to file a response to Defendant's Motion to Modify Sentence, which was filed on October 26, 2011. (ECF No. 58.)

IT IS SO ORDERED.

Dated: November 23, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1